IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARREA, P77287,　　　） | |
| 　　　　　　） | |
| Petitioner,　　　） | No. C 14-1792 CRB (PR) |
| 　　　　　　） | |
| vs.　　　　） | ORDER OF TRANSFER |
| 　　　　　　） | |
| CYNTHIA Y. TAMPKINS, Warden,　　） | (Docket #4) |
| 　　　　　　） | |
| Respondent.　　　） | |
| ────────────────────　） | |

Petitioner seeks federal habeas review of the execution of a state sentence imposed by San Diego County Superior Court, which lies in the Southern District of California.  See 28 U.S.C. § 84(d).  Specifically, petitioner challenges the failure of the California Department of Corrections and Rehabilitation (CDCR) to recalculate and set an earlier release date for him in order to meet court set prison population reduction benchmarks.  Petitioner is incarcerated at the California Rehabilitation Center in Riverside County, which lies in the Central District of California, Eastern Division.  See id. § 84(c)(1).

Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence.  See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

Because Riverside County lies in the Central District of California, Eastern Division, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Central District of California, Eastern Division.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  May 8, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.14\Carrea, C.14-1792.transfer.wpd

2