**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **CHRISTOPHER CARREA, JR.,** | ) | NO. EDCV 14-1006-CAS (MAN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| **STATE OF CALIFORNIA, et al.,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, for failure to exhaust available state remedies.

DATED: July 31, 2014.

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE